NOT FOR PUBLICATION IN WEST'S HAWAI'I REPORTS AND PACIFIC REPORTER

Electronically Filed
Intermediate Court of Appeals
CAAP-16-0000334
05-SEP-2017
10:34 AM

NO. CAAP-16-0000334

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAI'I

U.S. BANK TRUST, N.A. AS TRUSTEE FOR LSF9 MASTER
PARTICIPATION TRUST, Plaintiff-Appellee,
v.
HELEN TOLENTINO BUSTO, Defendant-Appellant,
and
ASSOCIATION OF APARTMENT OWNERS OF
KO'OLANI, INC., Defendant-Appellee,
and
JOHN DOES 1-10, JANE DOES 1-10, DOE PARTNERSHIPS 1-10,
DOE CORPORATIONS 1-10, DOE ENTITIES 1-10, and
DOE GOVERNMENTAL UNITS 1-10, Defendants.

APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CIVIL NO. 14-1-2505)

ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on June 14, 2017, is hereby corrected as follows:

On page 3, in the eleventh line of the second paragraph, "American" should be replaced with "America" so that as corrected, the text reads: " . . . Bank of America failed to satisfy . . . ."

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of this change.

DATED: Honolulu, Hawai'i, September 5, 2017.

FOR THE COURT:

*Craig H. Nakamura*

Chief Judge

---

[1] Nakamura, Chief Judge, and Leonard, J., with Ginoza, J., dissenting